

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-24-00332-CV

---

## In Re Gateway Gathering and Marketing Company and Frank Rosenberg

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

### J U D G M E N T

The Court considered this cause on the joint motion to dismiss the mandamus against the Honorable Alan Nicholas, District Judge of the 143rd Judicial District Court, Loving County, Texas, which indicates the parties have settled their dispute in the underlying litigation, and concludes the motion should be granted and the mandamus should be dismissed. We therefore lift the stay on the trial court proceeding and dismiss the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED this 12th day of January 2026.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.